IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| ROBERT D. RAUSCHENDORFER, | § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 1:24-CV-00319 |
| VS. | § § | JUDGE MICHAEL J. TRUNCALE |
| TEXAS BULLION EXCHANGE, INC., EDWARD HEIN, JR., AND JOHNATHAN D. RAMNATH, | § § § § § | |
| *Defendants.* | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Motion for Dismissal. [Dkt. 8]. The Parties advise the Court that they have resolved all disputes and matters in controversy between them, and they now move for a dismissal with prejudice in this matter.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all other pending motions filed herein are **DENIED AS MOOT**.

**SIGNED** this 28th day of April**, 2025.**

Michael J. Truncale
United States District Judge